USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 13, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAWNAQ KHUDAI,**

                **Plaintiff,**

-against-

**AKAMAI TECHNOLOGIES, INC. ET AL.,**

                **Defendants.**

**20-CV-3686 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    **December 13, 2021**
            **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**