UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Case No.: 20-cv-03686

RAWNAQ KHUDAI,

                          Plaintiff,

            -against-

AKAMAI TECHNOLOGIES, INC.,
KATHY HORAN, *Individually,*
VIKRAM GUPTA, *Individually,*
LARRY SCHNICKER, *Individually,* and
TOM LEIGHTON, *Individually*,

                         Defendants.

------------------------------------------------------------------X

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RAWNAQ KHUDAI**

      Jessenia Maldonado, an attorney duly admitted to. practice law before this Court, hereby declares the following under the penalties of perjury:

      1.    I am a member of the Law Firm of Yuriy Moshes, ("LOYM"), attorneys for Plaintiff Rawnaq Khudai (the "Plaintiff") and submit this Declaration in support of LOYM's motion to be relieved as counsel for the Plaintiff.

      2.    LOYM began its representation of Plaintiff on or about July 18, 2019.

      3.    LOYM met with Plaintiff, analyzed her case, strategized with Plaintiff, represented her before the Equal Employment Opportunity Commission and represents her in the instant lawsuit.

      4.    In or around December 2021, the Parties reached a settlement in principle and proceeded to negotiate specific terms in a Settlement Agreement.

      5.    To date, the Parties have been unable to reach an agreement on the terms of the Settlement Agreement.

      6.    Accordingly, on May 31, 2022 Plaintiff requested a settlement conference before Hon. Cott in order to assist in bridging the gap and finalizing a settlement agreement. A settlement

conference was conducted on July 20, 2022.

7. Following the settlement conference, the Parties were still unable to finalize terms of a Settlement Agreement.

8. In addition, following the July 20 settlement conference the relationship between Plaintiff and LOYM has been irreparably harmed.

9. In various emails dated between September 28, 2022 – October 14, 2022, for no reason whatsoever, Plaintiff accused LOYM of not protecting her rights, working as Defendants' counsel, and working against her in order to defend Defendants and Prudential, her long-term disability insurance carrier[1].

10. Under Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York,

> [a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar.

11. As a result, of the damaged relationship between Plaintiff and LOYM, LOYM is unable to draft a settlement agreement that would satisfy Plaintiff. Therefore, it is no longer possible for LOYM to continue to represent Plaintiff.

12. No prejudice to the other parties in this action will result from the withdrawal of LOYM as counsel for Plaintiff.

13. Accordingly, I respectfully request that pursuant to Southern District of New York Local Civil Rule 1.4, LOYM be relieved as counsel for Plaintiff and that plaintiff be given sixty (60) days, or such other time as the Court deems appropriate, to appear by new counsel.

---

[1] A copy of the emails referenced are available for *in-camera* review upon request of the Court.

14. No prior application for the relief requested herein has been made to this or any other Court.

**WHEREFORE**, the Law Office of Yuriy Moshes, PC, respectfully requests that this Court enter an order granting the instant motion in all respects, and granting LOYM such other and further relief as this Court may deem just and proper.

Dated: Brooklyn, New York
October 16, 2022

      *J. Maldonado*
Jessenia Maldonado, Esq.
Law Office of Yuriy Moshes, P.C.
*Attorneys for Plaintiff*
517 Brighton Beach Ave. 2nd Floor
Brooklyn, NY 11235
(718) 504-6090
jmaldonado@mosheslaw.com

To: Peter T. Shapiro, Esq. (*Via* ECF)
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, New York 10005
212-232 1322
Peter.Shapiro@lewisbrisbois.com

Ms. Rawnaq Khudai (*Via* Email)
rawnaq.khudai@gmail.com