

January 6 , 2023

<u>*Via* ECF</u>
Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

   **RE: Rawnaq Khudai v. Akamai Technologies Inc., et. al.,**
      **20-cv-03686 (ALC)(JLC)**

Your Honor:

  We write this letter in accordance with the Courts December 16, 2022 Order [ECF 81]. Moshes Law P.C. ("Moshes Law") respectfully submits this letter to certify the following:

  **1. Moshes Law has sent a copy of the Courts December 16, 2022 Order to Plaintiff Rawnaq Khudai**

  Moshes Law certifies that on December 18, 2022, Moshes Law sent an email to Plaintiff with the Courts December 16, 2022 order attached. Email to Plaintiff is attached hereto as Exhibit A.

  **2. Moshes Law has sent Plaintiff's file to Plaintiff**

  Moshes Law certifies that on December 22, 2022, they sent an email to Plaintiff which was comprised of the entirety of Plaintiff's legal file, email to Plaintiff attached hereto as Exhibit B.

  **3. Moshes Law has destroyed all outstanding copies of Plaintiff's legal files in their possession, aside from Attorney Work Product**

  Moshes Law certifies that they have destroyed all outstanding copies of Plaintiff's legal files in their possession, aside from that which can be considered Attorney Work Product. This Attorney Work Product has been maintained in anticipation of a future Motion for Attorney's Fees, in fulfillment of the changing lien Moshes Law has asserted on Plaintiff as per Moshes Law's motion to withdraw [ECF 68- Decl. In Support].

  We thank the Court for its time and consideration of this request.



Respectfully Submitted,

**MOSHES LAW, P.C.**

/s/ Oscar Alvarado
Jessenia Maldonado, Esq.
Oscar Alvarado, Esq.

CC *via* ECF:   Peter Shapiro, Esq.

CC via E-mail:  Rawnaq Khudai