Your Case

Oscar Alvarado <oalvarado@mosheslaw.com>
Sun 12/18/2022 12:47 PM
To: Rawnaq Khudai <rawnaq.khudai@gmail.com>

📎 1 attachments (170 KB)
show_temp.pdf;

Ms. Khudai,

Please find attached order from the court regarding our motion to withdraw as your attorneys.   Please review the attached order.

Respectfully yours,



Oscar Alvarado, Esq.
Labor & Employment Attorney

M: (888) 445-0234
O: (718) 504-6090  ext 8013
F: (646) 843-7570
E: oalvarado@mosheslaw.com
W: www.mosheslaw.com

Office: 517 Brighton Beach Ave, 2nd Floor, Brooklyn, NY 11235
NYC Office: 322 West 48th Street, 6th FL, New York, NY 10036
NJ Location: 111 Northfield Avenue, Suite 208A, West Orange, NJ 07052

CONNECT: @MoshesLaw   @MoshesLawPC   @MoshesLaw