Your Case

Oscar Alvarado <oalvarado@mosheslaw.com>
Wed 12/28/2022 2:50 PM
To: Rawnaq Khudai <rawnaq.khudai@gmail.com>
Cc: Jessenia Maldonado <jmaldonado@mosheslaw.com>;Gennady Litvin <glitvin@mosheslaw.com>

Ms. Khudai,

The link below is a link to your file.  Please click the link below for your records.

https://www.dropbox.com/s/g4keaabp2k03fmk/Khudai%20File%20link.zip?dl=0


Respectfully yours,



# Oscar Alvarado, Esq.
## Labor & Employment Attorney

M: (888) 445-0234
O: (718) 504-6090  ext8013
F: (646) 843-7570
E: oalvarado@mosheslaw.com
W: www.mosheslaw.com

Office: 517 Brighton Beach Ave, 2ndFloor, Brooklyn, NY 11235
NYC Office: 322 West 48th Street, 6th FL, New York, NY 10036
NJ Location: 111 Northfield Avenue, Suite 208A, West Orange, NJ 07052

CONNECT:  @MoshesLaw    @MoshesLawPC    @MoshesLaw