```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAWNAQ KHUDAI,

               Plaintiff,

   -v-

AKAMAI TECHNOLOGIES, INC., *et al.*,

               Defendants.

-------------------------------------------------------------X

**ORDER**

20-CV-3686 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court has received Ms. Khudai's May 19 letter opposing her attorney's motion to enforce its charging lien, which was sent to the Court by email. Counsel for defendants has objected (by email) to the filing of plaintiff's letter on the docket without redactions as it reveals the confidential terms of the parties' settlement agreement. Accordingly, the Court will at this time file plaintiff's letter under seal. Ms. Khudai's letter is attached as an exhibit to this order and the Clerk is respectfully directed to file it under seal with access only to the parties and prior counsel. However, plaintiff and defense counsel are directed to meet and confer and then file a redacted version of plaintiff's letter on the docket no later than May 26.

    **SO ORDERED.**

Dated: May 22, 2023
       New York, New York

                                              JAMES L. COTT
                                              United States Magistrate Judge