UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X   20-cv-03686-JHR-JLC

RAWNAQ KHUDAI,

                        Plaintiff,           **NOTICE OF MOTION**

      -against-

AKAMI TECHNOLOGIES, INC., VIKRAM GUPTA *Individually*, LARRY SCHNICKER *Individually*, and TOM LEIGHTON *Individually*,

                      Defendants.
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the annexed declaration of Jessenia Maldonado, Esq., and all prior proceedings had herein, a motion will be made by Plaintiff's former counsel, the Law Office of Yuriy Moshes, PC. ("LOYM") before Honorable James L. Cott, to be held at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

    a)     dismissing Plaintiffs defenses against LOYM's motion to enforce its charging lien;

    b)     awarding LOYM reasonable attorney's fees and costs incurred in connection with this motion;

    c)     awarding LOYM costs and attorney's fees reasonably incurred in defending LOYM's motion to enforce its charging lien; and

    d)     For such further relief as this Court may deem just and proper.

Dated: Brooklyn, New York
       July 25, 2023

2

                                        LAW OFFICES OF YURIY MOSHES, PC

By: *J. Maldonado*
Jessenia Maldonado
517 Brighton Beach Ave. 2nd Floor
Brooklyn, NY 11235
(718) 504-6090
jmaldonado@mosheslaw.com

cc:   Rawnaq Khudai (*via* ECF*)*
      Peter Shapiro (*via* ECF*)*

2