UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X   Case No.: 20-cv-03686-JHR-JLC

RAWNAQ KHUDAI,

                Plaintiff,

  - against -

**DECLARATION OF COUNSEL IN SUPPORT OF LOYM'S MOTION FOR SANCTIONS**

AKAMI TECHNOLOGIES, INC., VIKRAM GUPTA *Individually*, LARRY SCHNICKER *Individually*, and TOM LEIGHTON *Individually*,

                Defendants.

-------------------------------------------------------------------X

    **JESSENIA MALDONADO** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am a member of the Bar of this Court and a Managing Attorney at the Law Office of Yuriy Moshes, P.C. ("LOYM"). I formally represented Plaintiff, Rawnaq Khudai, in the above-captioned action. As such, I am familiar with all of the facts and circumstances in this action.

2. I submit this declaration in support to LOYM's motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and the Court's inherent authority.

3. Annexed hereto, as Exhibits "1" and "2," are documents referred to in LOYM's motion for sanctions. The exhibits are as follows:

    (1) Described hereto as Pl. Ex. "1" is a copy of LOYM's safe harbor letter, dated May 25, 2023;

    (2) Described hereto as Pl. Ex. "2" is a copy of Plaintiff's electronic mail, dated May 25, 2023;

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       July 25, 2023

                                            **LAW OFFICE OF YURIY MOSHES, P.C.**

By: _J. Maldonado_____
       Jessenia Maldonado, Esq.
       517 Brighton Beach Ave. 2nd Floor
       Brooklyn, NY 11235
       Tel: (718) 504-6090
       jmaldonado@mosheslaw.com