**Subject:** Re: Khudai v Akamai Technologies (deadline today)
**Date:** Thursday, May 25, 2023 at 8:18:57 PM Eastern Daylight Time
**From:** Rawnaq Khudai <rawnaq.khudai@gmail.com>
**To:** Jessenia Maldonado <jmaldonado@mosheslaw.com>
**CC:** Shapiro, Peter <Peter.Shapiro@lewisbrisbois.com>, Gennady Litvin <glitvin@mosheslaw.com>

Jessenia,

My formal and fuller response is going to come later. But for now let me just say that I am surprised by your daring to write such a letter. You know that a legal practice lawsuit is a thing right? If you don't set yourself straight then I will slap your law firm with a legal malpractice lawsuit when I have the time and energy. Don't think that I will tolerate any more bullshit from LOYM just because I have health issues. Wait for my letter.

On Thu, May 25, 2023 at 1:59 PM Jessenia Maldonado <jmaldonado@mosheslaw.com> wrote:

> Rawnaq,
>
> Please see attached.
>
> **Thank you,**
>
> **Jessenia Maldonado, Esq.**
> **Law Office of Yuriy Moshes, P.C.**
>
> 322 West 48th Street, FL 6
> New York, New York, 10036
> Phone:   (888) 445-0234
> Local:   (718) 504-6090
> Fax:     (646) 843-7570
> Email: jmaldonado@mosheslaw.com
> Website:  www.mosheslaw.com
>
> *Love our service?  Leave a review at http://www.yelp.com/biz/law-office-of-yuriy-moshes-pc-brooklyn!
>
> CONFIDENTIALITY STATEMENT: THE INFORMATION CONTAINED IN THIS TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, please immediately notify us by return e-mail, and DESTROY this communication and all copies thereof, including all attachments.
>
> ---
>
> **From:** Rawnaq Khudai <rawnaq.khudai@gmail.com>
> **Sent:** Friday, May 19, 2023 1:40 PM
> **To:** Cott NYSD Chambers <CottNYSDChambers@nysd.uscourts.gov>; Shapiro, Peter <Peter.Shapiro@lewisbrisbois.com>; Jessenia Maldonado <jmaldonado@mosheslaw.com>
> **Subject:** Khudai v Akamai Technologies (deadline today)
>
> Dear Judge Cott,