Case 1:20-cv-03686-JHR-JLC                                Khudai v Akamai Technologies


Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,


My new residential and mailing address is 535 Bergen St, Newark NJ 07108

The Court should not send any correspondence addressed to me to any other address.

I, Rawnaq Sulmaz Khudai, have also updated my signature and I plan to use this new signature from hereon in all documents where a wet signature is not required.


Sincerely,

*Rawnaq Khudai*
December 19, 2023
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108