Case 1:20-cv-03686-JHR-JLC                     Khudai v Akamai Technologies


Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

This is a reminder that I, the plaintiff, am still waiting for the Court to approve my
settlement agreement with Akamai so that I may receive the money from the settlement. I
emailed the settlement agreement to Judge Cott last year on Mar 1, 2023, 7:19 AM EDT.
The confidentiality agreement was also attached to that same email. Akamai's counsel
Mr. Peter Shapiro was cc'd in that email.


Sincerely,

*Rawnaq Khudai*

March 05, 2024
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108