Case 1:20-cv-03686-JHR-JLC                Khudai v Akamai Technologies

Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

Since the Court has not yet approved or disapproved the Khudai v. Akamai settlement agreement emailed to Judge Cott on March 1, 2023, I want to make a request.

In the years 2016 and 2017 some of my colleagues at the tech startup named Fastly committed violent sex crimes against me. It's only in the last few months that I started to recall the events because they made heavy use of date-rape drugs.

I am not sure if the current draft of the Khudai v. Akamai settlement agreement will impair my ability to take legal action against those men. To err on the side of caution, I request your Honor to allow me to add a simple one sentence as a carveout which lists the names of the guilty individuals.

Sincerely,

*Rawnaq C Khudai*

Rawnaq Khudai
April 12, 2024
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108