

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

April 15, 2024

**VIA ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Khudai v. Akamai Technologies, Inc. et al.,*
           Case No. 1:20-cv-03686-JHR-JLC

Dear Judge Rearden:

    I represent defendants in this action. I write in response to the pro se plaintiff's recent letter [Docket no. 115], requesting a modification to the settlement agreement and approval of the agreement with that modification. Defendants oppose this request for modification of the agreement as unnecessary. Section 3 of the settlement agreement is captioned General Release. Subsections 3(a) and (b) disclose that the agreement does not purport to waive or release any claims that plaintiff may have against persons and entities unrelated to her employment with defendant Akamai Technologies, Inc. As a result, there is no need for the proposed modification to add the names of the individuals who allegedly assaulted Plaintiff during a prior employment. I had previously advised Plaintiff that defendants declined to consent to this proposed amendment.

    For the foregoing reasons, and those previously advanced, Defendants request that the Court approve the settlement agreement as previously submitted for approval and issue a determination regarding Judge Cott's November 1, 2023 report and recommendation regarding plaintiff's former counsel's charging lien.

    Thank you for your attention to this matter.

                                    Respectfully,

                                    /s/ Peter T. Shapiro

                                  Peter T. Shapiro of
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

April 15, 2024
Page 2


cc: Rawnaq Khudai (via email)
　　Jessenia Maldonado, Esq. (via email)

139099529.1