Case 1:20-cv-03686-JHR-JLC                Khudai v Akamai Technologies

Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

I have additional concerns about my sister, my father, my mother and a couple of other individuals.

In the state of California the statute of limitations gives me until the age of 40 to file a child abuse, child neglect lawsuit.

I plan to file child abuse, child sexual abuse, child neglect, and child medical neglect criminal complaints as well as lawsuits against my sister, my father, my mother and a couple of other individuals.

In that complaint I must mention how child abuse – including medical neglect – to which I was subjected determined the trajectory of my life, and was a major contributor to my negative experiences at Akamai technologies which was truly meant to be my dream job.

I request Your Honor to allow me to have an addendum to the settlement agreement Khudai v. Akamai which has a carveout with the names of people who I plan to list as defendants in the child abuse, child neglect complaints to be filed in the state of California.

Sincerely,

*Rawnaq C Khudai*

Rawnaq Khudai
April 20, 2024
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108