Case 1:20-cv-03686-JHR-JLC				Khudai v Akamai Technologies


Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

To this date my former counsel Jessenia Maldonado Esq. has not shared with me correspondence, including emails exchanged, between my former colleagues, management and HR at Akamai and myself.

I request Your Honor to order her to do so.

Sincerely,

*Rawnaq C Khudai*

Rawnaq Khudai
April 20, 2024
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108