

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

April 23, 2024

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:   *Khudai v. Akamai Technologies, Inc. et al.,*
             Case No. 1:20-cv-03686-JHR-JLC

Dear Judge Rearden:

    On behalf of defendants, I am responding to the letter from Plaintiff Pro Se, filed on April 23, 2024, which proposes certain amendments to the fully executed and binding settlement agreement. Defendants do not consent to any amendments to the agreement, which awaits the Court's approval.

    Thank you for your attention to this matter.

                                              Respectfully,

                                              /s/ Peter T. Shapiro

                                              Peter T. Shapiro of
                                              LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:  Rawnaq Khudai (via email)
      Jessenia Maldonado, Esq. (via email)