Case 1:20-cv-03686-JHR-JLC                              Khudai v. Akamai Technologies

Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

After the settling of all matters pertaining to this lawsuit, I request Your Honor to allow the sealing of this entire case. The reasons are as follows:

My former counsel Jessenia Maldonado failed to accurately assert my claims and factual positions in this action and before the EEOC despite my attempts to induce Maldonado to do so. Among the many facts which I emphasized to Maldonado before the filing of the complaint, but she refused to listen to me, was that Dr. Tom Leighton should not be listed as a defendant.

Furthermore, many of the previous docket entries have highly personal information about me which are detrimental to my safety and the safety of my spouse. I had falsely suspected that my spouse induced Maldonado to commit foul play against me. I now believe that the many pages which Maldonado tricked me into initialing and signing may have contained content related to claims which I have against certain men at my former employer Fastly (not my spouse.)

My prior statements against my spouse, based on incomplete knowledge of the facts, are highly detrimental to my spouse and to myself. Moreover, this lawsuit unfairly tarnishes the reputation of Akamai technologies and its founder Dr. Tom Leighton who is a highly respected professor of Mathematics at MIT. I have *always* admired him as he is truly worthy of admiration like no other CEO of any company. I feel the deepest remorse which it is possible to feel in having ever filed this lawsuit. I have tears flowing down my face as I write this.

I strongly urge the defendants' counsel to endorse my request to the Court to seal this case after the settling of all matters pertaining to it.

Sincerely,

*Rawnaq C Khudai*

Rawnaq Khudai

April 23, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108