Case 1:20-cv-03686-JHR-JLC                    Khudai v. Akamai Technologies

Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,

Mr. Shapiro should be advised that I might file another lawsuit against the defendants and the defendants' counsel, including Mr. Shapiro himself, if I later discover that their objection to my request for amendment causes me damages of any type, which might be substantial.

The settlement agreement was signed on March 1, 2023. I have had major discoveries since October of 2023. I am amenable to having it be stated in the amendment that there shall be no further amendments.

I would like to settle this lawsuit on a reconciliatory tone.

Sincerely,

*Rawnaq CXudai*

Rawnaq Khudai

April 23, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108