Case 1:20-cv-03686-JHR-JLC                    Khudai v. Akamai Technologies


Honorable Judge Cott and Honorable Judge Jennifer H. Rearden,


I was significantly cognitively impaired throughout the time the settlement agreement was getting drafted. I was on long-term disability due to significant cognitive impairment (and physical impairment) throughout that time. I am no longer cognitively impaired. Unless I am granted permission to have an addendum, I request that the entire settlement agreement be voided.


Sincerely,

*Rawnaq CXudai*

Rawnaq Khudai

April 23, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108