Case 1:20-cv-03686-JHR-JLC                Khudai v Akamai Technologies

Honorable Judge Jennifer H. Rearden & Honorable Judge Cott,

There is something of significance which I forgot to write in my previous letter to the Court which is dated April 29, 2024.

I declare under penalty of perjury that the following is true and correct:

1. During one of my meetings with Jessenia Maldonado Esq. she kept trying to convince me to drink what she called "tea."
2. She herself had stepped outside the room and then came back with it.
3. When I refused to drink it, she again stood up, went outside the room, and brought for me what she called a glass of plain water.
4. She insisted that I drink it.
5. When I refused to drink it, she started propounding the health benefits of drinking water and preventing dehydration.
6. I finally drank from that cup.
7. I do not remember what happened after that.

I am not claiming that she *certainly* drugged me with something akin to a date rape drug. I am simply stating the fact, under penalty of perjury, that she tried to force me to drink what she called "tea," and then she forced me to drink what she called plain water. I have also stated, under penalty of perjury, certain other facts in my previous letter to the Court which is dated April 29, 2024.

It is obviously not possible for me to give evidence of these facts because I was not recording my meetings with Maldonado or the other two men who claimed to be attorneys.

I acknowledge that the potential consequences of my statements are grave, however, it is beyond my comprehension how a Plaintiff can be required to give evidence for statements of the nature that I made, and then sanctioned if unable to do so.

Judge Cott is worried about potential consequences for Maldonado, but what about the potential consequences for me if in the middle of another legal proceeding in the future I am held responsible for signing one or more legal documents which I did not sign and which I do not even know about?!

The Court may grant Maldonado 40% of the settlement amount as recommended by Judge Cott, however, it is unfair for Your Honor to accuse me of making misrepresentations. The consequences for me in the future of such a pronouncement by this Court might be devastating.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2024, at Newark, New Jersey.

Sincerely,

*Rawnaq Khudai*

Rawnaq Khudai
April 30, 2024
(551)229-5033
rawnaq.khudai@gmail.com
535 Bergen St, Newark NJ 07108