Case 1:20-cv-03686-JHR-JLC Khudai v Akamai Technologies

Honorable Judge Jennifer H. Rearden & Honorable Judge Cott,

I sent a confidential, private email to Judge Cott today, May 2, 2024 at 3:22 PM EDT.

I request Your Honor to also take that email into consideration before making the final decision about the percentage of the settlement amount which my former counsel should be granted.

Sincerely,

*Rawnaq Khudai*

Rawnaq Khudai

May 2, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108