Case 1:20-cv-03686-JHR-JLC            Khudai v Akamai Technologies

Dear Judge Cott,

Unfortunately there was an omission in my email to you at 3:22 PM EDT today May 2, 2024.

I sent a followup email to clarify at 5:10 PM EDT today May 2, 2024

Sincerely,

*Rawnaq Khudai*

Rawnaq Khudai

May 2, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108