USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAWNAQ KHUDAI,<br><br>                         Plaintiff,<br><br>-v.-<br><br>AKAMAI TECHNOLOGIES et al.,<br><br>                         Defendants. | 20 Civ. 03686 (JHR) (JLC)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On April 23, 2024, Plaintiff moved "to allow the sealing of this entire case." ECF No. 120 at 1. That motion is denied because it is not "narrowly tailored[,]" *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), and fails to comply with Rule 9 of the Court's Individual Rules and Practices in Civil Cases, *see, e.g.*, R. 9.C ("The party seeking leave to file sealed or redacted materials should meet and confer with any opposing party . . . in advance to narrow the scope of the request.").

      SO ORDERED.

Dated: May 9, 2024
       New York, New York

                                                                   _____
                                                                   JENNIFER H. REARDEN
                                                                   United States District Judge