

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

June 26, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Khudai v. Akamai Technologies, Inc., et al.*
            Case No: 1:20-cv-03686-JHR-JLC

Dear Judge Rearden:

    As counsel for defendants in this action I write to oppose plaintiff's letter requesting a conference which was filed earlier today. It would be improper to conduct such a conference given that this matter has been fully resolved by a confidential settlement agreement which has been fully performed. Thank you for your attention to this matter.

                                      Respectfully,

                                      /s/ Peter T. Shapiro

                                      Peter T. Shapiro of
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc:    Rawnaq Khudai (via ECF and Email)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

142070135.1