Case 1:20-cv-03686-JHR-JLC		Khudai v. Akamai Technologies

> Application DENIED. This case settled. It was closed on May 8, 2024. ECF No. 128.

Honorable Judge Jennifer H. Rearden,

> SO ORDERED.
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: June 28, 2024

I request a conference with your Honor.

The case has been dismissed but there are some issues which should get addressed.

I can not write a long letter as I will need to cross reference other documents and it is overly burdensome. It will also be easiest for you to respond if there is a discussion over a conference.

Please schedule a conference.


Sincerely,

*Rawnaq Khudai*

Rawnaq Khudai

June 21, 2024

(551)229-5033

rawnaq.khudai@gmail.com

535 Bergen St, Newark NJ 07108